**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CORNING OPTICAL**
**COMMUNICATIONS, LLC,**

    **Plaintiff,**

**v.**                                    **Case No.: 8:15-cv-00786-CEH-MAP**

**DIVERSIFIED MATERIAL**
**SPECIALISTS, INC.,**

    **Defendant.**
_____/

**MEDIATION REPORT**

    In accordance with the Court's mediation order, a mediation conference was held on November 3, 2015.  Plaintiff's corporate representatives and trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

    <u>The parties have reached an impasse.</u>

    Done November 3, 2015 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002   Fax: 813.874.1131
                                        email: meditr@aol.com

    I HEREBY CERTIFY that November 3, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.